FILED

19 MAY -9 PM 12: 04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND LIDDY,<br><br>　　　　Defendant. | Case No. **19 CR 1685 CAB**<br><br>I N D I C T M E N T<br><br>18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253(a) and (b) – Criminal Forfeiture |
|---|---|

The grand jury charges:

### Count 1

From a date unknown to on or about July 25, 2017, within the Southern District of California, defendant RAYMOND LIDDY, knowingly possessed one and more matters which contained a visual depiction that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

ALGR:cms:San Diego
5/8/19

## FORFEITURE ALLEGATION

1. The allegation contained in Count 1 of this Indictment is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2. Upon conviction of the offense alleged in Count 1, which involves a violation of Title 18, United States Code, Section 2252(a)(4)(B), defendant RAYMOND LIDDY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

    a. any visual depictions described in section 2252, and any matter which contains any such visual depictions;

    b. any property, real or personal, constituting or traceable to gross profits of the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property

1 | of the defendant up to the value of the forfeitable property described
2 | above in Paragraph 2.
3 | All pursuant to Title 18, United States Code, Section 2253(a) and (b).
4 |     DATED: May 9, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
AMANDA L. GRIFFITH
Assistant U.S. Attorney

3