Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
550 West C Street, Suite 790
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com

Devin Burstein (CSB 255389)
WARREN & BURSTEIN
501 West Broadway, Suite 240
San Diego, California 92101
(619) 234-4433
db@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-1685-CAB |
| Plaintiff, | Motion for settlement conference |
| v. | |
| RAYMOND LIDDY, | |
| Defendant. | |

The defense respectfully requests the Court order a settlement conference in this case. Although Federal Rule of Criminal Procedure 11(c)(1) generally prohibits court involvement in plea negotiations, this prohibition is waivable by the defendant. *See United States v. Myers*, 801 F.3d 1116, 1123-24 (9th Cir. 2015).

In *Myers*, the Court noted that, like many other aspects of Rule 11, the defendant can waive Rule 11's restriction on court involvement in plea discussions for purposes of settling a criminal case: "We [] hold that Rule

11(c)(1) can be waived by the defendant." *Id.* It further noted, the "best practice" is "for the district court to confirm the defendant is both aware of and voluntarily waives Rule 11(c)(1)'s prohibition of judicial involvement in plea negotiations[.]" *Id.* at 1124.

To this end, Mr. Liddy's signed waiver is attached. We ask the Court to hold a hearing to confirm the waiver, and order a settlement conference. The defense suggests that, given the Court's familiarity with the case, it is in the best position to hold the settlement conference. However, if the Court believes sending the case to another judicial officer is appropriate, the defense has no objection.

Dated: September 12, 2019          Respectfully submitted,

*/s/ Devin Burstein*

Devin Burstein
Knut Johnson
Attorneys for Mr. Liddy

Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
550 West C Street, Suite 790
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com

Devin Burstein (CSB 255389)
WARREN & BURSTEIN
501 West Broadway, Suite 240
San Diego, California 92101
(619) 234-4433
db@wabulaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LIDDY,<br><br>Defendant. | Case No. 19-cr-1685-CAB<br><br>Waiver of Rule 11(c)(1) |

I, Raymond Liddy, having been advised of my rights under Federal Rule of Criminal Procedure 11(c)(1), and after consultation with my attorneys, hereby waive the prohibition on the Court's participation in plea discussions for the purpose of obtaining Court assistance in resolving the case.

Date: 9/12/19

_____
Raymond Liddy