UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LIDDY,<br><br>Defendant. | Case No.: 19-cr-1685-CAB<br><br>Order on Motion for<br>Settlement Conference |

The Court finds Mr. Liddy's waiver under Federal Rule of Criminal Procedure 11(c)(1) is knowing and voluntary. The Court accepts Mr. Liddy's waiver. The Court refers the matter to United States Magistrate Judge Michael S. Berg for a settlement conference.

It Is So Ordered.

Dated: 9/20/19

Honorable Cathy Ann Bencivengo
United States District Judge