# EXHIBIT A

**Griffith, Mandy (USACAS)**

| | |
|---|---|
| **From:** | John Ellis <john@johnellislaw.com> |
| **Sent:** | Monday, November 11, 2019 1:52 PM |
| **To:** | Griffith, Mandy (USACAS); Ko, Peter (USACAS) |
| **Cc:** | Knut Johnson; Judy Clarke; Devin Burstein |
| **Subject:** | United States v. Liddy |
| **Attachments:** | United States v Liddy Expert Notice.pdf |

Mandy and Peter,

Please see the attached letter regarding our expert disclosure.

Plese give me a call if you have any questions.

Sincerely,

John


--


**John C. Ellis, Jr.**

Law Offices of John C. Ellis, Jr.

180 Broadway, Suite 1800

San Diego, CA 92101

Main: (619) 501-5522

Direct: (619) 501-0777

Cell: (619) 850-2458

john@johnellislaw.com

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

November 11, 2019

*VIA EMAIL*

To:   Amanda Griffith and Peter Ko

Re:   *United States v. Liddy*, 19cr1685-CAB

Dear Mandy and Peter:

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), I write to provide notice of expert testimony. Mr. Liddy intends to call Josiah Roloff, a digital forensic expert, regarding the forensic examination he conducted on Mr. Liddy's seized digital media. Although the defense believes that Mr. Roloff's testimony constitutes rebuttal testimony, we are providing this notice in an abundance of caution. Mr. Liddy reserves the right to supplement this notice.

Mr. Liddy anticipates that Mr. Roloff will testify regarding the following matters, in general terms and/or as applied to this case: (1) his knowledge, skill, training, and experience with computers and with child exploitation investigations; (2) how various internet chatrooms function, as well as how files can be transferred between users; (3) his examination of the digital media in this case; (4) information regarding how files are created on digital devices; and explain how metadata associated with files is created; (5) his examination of the digital devices seized by law enforcement in this case, the various forensic software he used, and the results of these examinations; (6) the significance of the location of files on the digital media; and (7) the presence of files in allocated and unallocated space, and conclusions that can be drawn based on such file locations.

Mr. Roloff's curriculum vitae is attached hereto. Please let us know if you have any questions or concerns about this notice.

Sincerely,

*John Ellis*
John Ellis

**ROLOFF DIGITAL FORENSICS, LLC**



509-230-4619 Cell
Josiah@RoloffDF.com

## 2019 Curriculum Vitae

## Josiah P. Roloff, EnCE, CCE, CCLO, CCPA, CCME

ACADEMIC TRAINING / CERTIFICATIONS

**Whitworth University:** B.L.S. Summa Cum Laude, Program Management, 2015
**Spokane Community College:** A.A.S. Network Engineering, 2004
**Cellebrite:** Cellebrite Certified Mobile Examiner (CCME), 2016, 2018
**Cellebrite:** Cellebrite Certified Physical Examiner (CCPA), 2014, 2016, 2018
**Cellebrite:** Cellebrite Certified Logical Operator (CCLO), 2014, 2016, 2018
**International Society of Forensic Computer Examiners:** Certified Computer Examiner #1403 (CCE), 2011, 2014, 2016, 2018
**Guidance Software:** EnCase Certified Examiner (EnCE), 2007 - 2021
**Oregon State University:** Professional Certificate in Computer Forensics, 2003

PRE/POST EDUCATIONAL TRAINING

ZetX Advanced Cell Site Location Information Investigations Course, 2019 (40 hours)
Cellebrite Certified Mobile Examiner Prep Course, 2015 (4 hours)
Oregon Society of CPAs: Fraud in the Workplace, 2015
Computer and Enterprise Investigations Conference, 2015
Washington State Association for Justice, e-Discovery - Beyond Files and Folders, 2014
Cellebrite 5 Day Mobile Examination (CCLO/CCPA) Course, 2014
Computer and Enterprise Investigations Conference, 2013
Computer and Enterprise Investigations Conference, 2010
Mobile Forensics World Conference, 2008
Computer and Enterprise Investigations Conference, 2008
Global CompuSearch, LLC: Understanding Undercover Investigations & Internet Chatting, 2008
Computer and Enterprise Investigations Conference, 2007
Intense School, CCE Boot Camp: Applied Computer Forensics, 2005
T3i Inc.: Information Forensics
New Technologies Inc (NTI): Computer Forensics and Computer Security Risk Management Training, 2003

Global CompuSearch, LLC: Computer Forensics Training
Bank of America, Merchant Services: Technical, eStores, PCN, Sr. Representative Training

**PRE/POST EDUCATIONAL TRAINING DETAILS**

Identify Cellular Providers and understand what they offer, ability to explain basic radio frequency principles, understanding base station configurations, mapping and animating call detail records, ability to leverage different sources of data together, recognizing scientific admissibility factors associated with CDRs, meeting best practices associated with geolocation techniques, recognizing trends and patterns, CDR analytics, how to prepare for court presentations, testifying to call detail records. ZetX Advanced Cell Site Investigations Course, 2019

Prep course for Cellebrite's capstone certification program. Cellebrite Certified Mobile Examiner Prep Course, 2015

The workplace fraud profile: frequency of workplace fraud, losses, victims, perpetrators, red flags. Computer forensics: computer forensics used to detect workplace fraud. Social media investigations: digital evidence and e-discovery, impact of social media on attorneys and investigators. OSCPA 2015

Ares and Lime Pro Peer to Peer File Sharing Software Analysis; Tracking the Use of USB Storage on Windows 8; Recovering Deleted Chained Files on OS X; Windows ShellBag Forensics in Depth; Command and Control Systems; Ubiquity Forensics – Your iCloud and You; Efficient Decryption with Passware; The Battle for iCloud: Over-the-air Forensics vs. Apple's Two-Factor Authentication; Advanced Examination Reporting. CEIC 2015

The Basics: Native, TIFF, and PDF Productions; What does it mean to be technically competent in E-Discovery in 2014; e-Discovery in the PI Practice; e-Discovery in Civil Rights and Employment Law; e-Discovery in Medical Malpractice; e-Discovery in Commercial Litigation. Washington State Association for Justice 2014

Cellebrite Certified Logical Operator: Mobile device technology overview, mobile device trends, forensic handling of mobile devices, UFED Touch overview, logical, password, SIM extractions, SIM cloning (safety SIMs), logical analyzer overview, instant search, filtering, advanced filtering, bookmarking, watch lists (keyword searching), project analytics, timeline analysis, reporting on technical findings, UFED Reader. Cellebrite CCLO 2014

Cellebrite Certified Physical Analyst: File system and media encoding, UFED touch overview, file system, physical extractions, password bypass, UFED physical analyzer overview, data carving, watch lists (keyword searching), timeline analysis, project analytics, malware scanning, instant search, filtering, advanced filtering, advanced search technologies, find (strings, bytes, dates, SIM), Regex (GREP), 7 Bit SMS PDU, pattern, code, manual extractions from unallocated space, verification and validation of findings, hand scroll analysis, database verification, 3rd party tools, reporting on technical findings, plug-in chain manager, smart device overview and challenges. Cellebrite CCPA 2014

Malware Analysis, Raw Data Carving, Examining Volume Shadow Copies, Artifacts of Webmail Usage, Correlating Forensic Results from Multiple Operating Systems, New Forensic Highlights of Windows 8, Protected

File Analysis in Practice Using EnCase with Passware, Social Media and Cloud Computing Artifacts on Smart Phones and

Tablets, SSD Forensics, Vehicle System Forensics, Memory Forensics. CEIC 2013

EnScript 101, Bit Torrent: A Forensic Review, Defeating Advanced Hiding Techniques, Windows 7: What's new in Windows Forensics, Remote Analysis/Acquisition Consideration and Options, On The Outer RIM of your Network…Blackberry Forensics, Using Virtual Machines, Defeating the Trojan Virus Defense, Decoding Prefetch Files for Forensic Purposes, Gone Without a Trace?  Finding Evidence of ESI Destruction Software to Support a Claim of Wrongdoing, Forensic Tracking of USB Devices. CEIC 2010

How Cell Phone "Forensic" Tools Actually Work, Advanced GSM Forensics, Cell phones and Magic, Never will the two meet!, The ABC's of CDR's: Call Detail Records Analysis for Criminal Investigators, Cell Phone Analysis: Technology, Tools, and Processes, Evidentiary/Intelligence Value of GPS Units, Digging Deeper - Finding Gold, Cellular Forensics: Is it Ready for Prime-Time? MFWC 2008

Detecting Malicious Code: The Next Generation of Physical Memory (RAM) Analysis, Email Investigations, iPhone Forensics, New Handheld Devices, Unpublished NTFS Forensic Artifacts, MySpace Investigations, Vista Deep Dive II: Bitlocker-Details and Forensic Considerations of Full Volume Encryption in Vista, GPS Forensics, File Identification and Recovery Using Block-Based Hash Analysis, Automating Event Log Forensics, Recently Released Info: Active Directory and New Implications for Forensic Discoveries, Anti (Computer) Forensics, Registry Analysis, Hardware Write Blocking Best Practices. CEIC 2008

Undercover chatting procedures and methods, typical mistakes and hurdles to overcome, differences between programs and applications commonly seen, where to find the artifacts.  Global CompuSearch, LLC

EnCE Prep, Email Investigations, Basic Investigations of Windows Vista, Cell Phone Forensics, Crimeware in Action, Investigating Linux from a Forensic and Incident Response Perspective, Reverse Engineering Malware, Crimeware – The Evolution and Current State of Hacking as a Criminal Enterprise, Investigating Sophisticated Security Breaches, Unknown NTFS Artifacts, Advanced Tips and Tricks for Encase Forensics, Detecting Advanced Malware Such as Rootkits and Diskless Compromises, Basic RAID Acquisition and Analysis, Automating the Forensic Process with Advanced Pre-processing. CEIC 2007

Core forensics procedures necessary for performing thorough investigations on all computer systems and file types.  Develop an effective corporate computer crime policy.  Proper investigative computer crime prevention techniques.  Work towards CCE Certification.  Full range of Computer Forensics Skills.  Build your Digital Forensics Toolkit.  Proven investigative strategies.  Tracking an offender on the Internet.  Incident response strategies.  Proper evidence handling procedures.  Working with law enforcement. Intense School 2005

Introduction to Information Forensics:  History of Information Forensics: Vernacular of information forensics, the ARPANET, the Internet, computer forensics vs information forensics, traditional investigation and forensics.  Counter Measures: Using intelligence in secure design, layered information security, perimeter security, transmission security, data integrity, lockdowns, incident preparation. Auditing: The purpose and types of auditing, methods of log creation, audit log archiving principals. Incident Response Teams: The organization of the IRT, roles of IRT in enterprises, IRT and law enforcement, first response, authority of the IRT, process testing

and training. Law Enforcement and Investigations: Search and seizure, rules of evidence, evidence handling and chain of custody, investigative reporting, testimony.  Traceback: Protocol misuse, TCP/IP, Internet protocol as a investigative tool, active and inactive traceback, traceback intelligence as evidence, current laws and traceback, footprinting, social engineering. Information Forensics Tools and Techniques: Information Forensics Investigator toolkit, proper lab environment, imaging and hashing of evidence, data analysis methods and tools, archiving and documenting analyzed data, tagging and material logging, data recovery vs information forensics.  T3i University, T3i Inc.

Computer security risks and remedies.  Incident responses, priorities and team building requirements.  Preservation of computer evidence.  Timeline analysis of computer files based on file creation, file modification and file access.  Trojan horse programs.  Differences between DOS, Windows and Windows NT/2000/XP from a forensics standpoint.  Solid computer forensics processing methods and procedures.  The documentation of computer forensics findings for use in trial or for management review.  Identification of past Internet browsing, file downloads and E-mail communications.  Issues relevant to overcoming a legal junk science attack.  New Technologies Inc (NTI)

Investigative procedures for the analysis of computer evidence in criminal and civil cases.  Procedures for the preservation and acquisition of computer media for investigative examination.  Proper procedures for the storage and handling of electronic media in criminal and civil litigation.  Data recovery techniques and issues with various computer forensics tools.  Legal issues regarding the acquisition, storage and examination of contraband computer media.  The explanation of investigative findings by way of reports and demonstrative exhibits.  Global CompuSearch, LLC

Understanding BAMS.  Workflow process.  Credit card network design and workflow.  Advanced troubleshooting techniques.  Plastic Card Network (PCN) and agencies involved.  Process of PCN network flow.  EStores payment processing workflow.  Variables and advanced troubleshooting techniques.  Bank of America, Merchant Services

**PROFESSIONAL EXPERIENCE**

**Principal/Digital Forensic Examiner, Roloff Digital Forensics LLC**

Provides digital forensic examinations, discovery review, trial/hearing consultation, case strategy consultation, and expert testimony on legal issues relating to digital evidence and technology. Digital forensic examinations include but are not limited to: hard drives, compact discs (CDs), digital versatile discs (DVDs), floppy diskettes, thumb drives, flash cards, magnetic tapes, tablet devices, cellular phones, subscriber identity module (SIM) cards, personal digital assistants (PDAs), smart phones, feature phones, and data derived from service providers such as Internet Service Providers, "Cloud" storage providers, and cellular service providers. Discovery review includes reports of investigation, opposing side digital forensic reports/notes and the subsequent comparison of those results to digital forensic examinations and opinions conducted on behalf of the represented party. Case strategy consultation includes the assistance in understanding and locating all potentially relevant sources that digital evidence may be located, understanding the way the digital evidence may be used to successfully intersect in a case's other facts. Trial/hearing testimony and consultation includes explaining complex digital evidence in a way

the trier of fact may best understand and thus use, the digital evidence as well as the assistance in understanding and if necessary, successfully question an opposing party's digital forensic witness.

**Principal/Digital Forensics Examiner, Global CompuSearch LLC**

Provides consulting, forensics and investigative support on legal issues related to computers and the Internet. Provides investigative and consulting services with a special emphasis on network intrusions involving the Internet. Provides case re-creation using the similar operating systems and Internet applications as used by clients with specialized knowledge in Linux and Unix servers and systems. Offers expert testimony in state and federal courts including the creation of exhibits in support of conclusions drawn. Maintains an updated working knowledge of Internet applications, new Internet technologies and forensics tools in support of clients' future needs with a special emphasis on network intrusions and server security breaches. Provides computer forensics and investigative services to clients for use in civil litigation with special emphasis on Unix and Linux file systems. Provides review of forensics reports and testimony of law enforcement forensics examiners in criminal cases with specialized knowledge in server-based technology. Provides data recovery services for clients in cases of severe data corruption, virus introduction and system crashes.

**Sr. Technical Representative, Bank of America, Merchant Services,** Spokane WA

Assisted associates with escalated troubleshooting of hardware, communications, and software problems. Assisted government agencies with troubleshooting of hardware, communications, and software issues. Worked within the eStores department, troubleshooting an assortment of web-based scripting languages in order to connect them to Bank of America's payment gateway.

**System Administrator, BlueZebra Inc,** Spokane WA

Technical support of network, hardware, and software related problems. Involved with training clients in areas related to network systems, hardware issues, and software usage. On call 24/7 in case of system failure, network problems, database crashes.

**Presentations/Speaking Roles:**

November 1, 2019
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

October 31, 2019
Association/Group: Auburn University, Auburn, AL
Lecture topic: The Art and Science of Digital Forensics: Challenges in a Digital Age

August 21, 2019
Association/Group: Eighteenth Air Force, Military Justice Workshop, Scott AFB
Lecture topic: Digital Forensics in Litigation

August 9, 2019
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

August 1, 2019
Association/Group: Legal Office, Davis-Monthan AFB
Lecture topic: Digital Forensics in Litigation, Part 1

May 13, 2019
Association/Group: Special Victims' Counsel Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

May 13, 2019
Association/Group: Advanced Trial Advocacy Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

April 23, 2019
Association/Group: Fairchild Legal Office, Fairchild AFB
Lecture topic: DVR/NVR Analysis and Forensics

April 16, 2019
Association/Group: Gonzaga Law School
Lecture topic: Digital Forensics Overview

March 15, 2019
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

February 4, 2019
Association/Group: DC3 Cyber Forensics Laboratory/Air Force Legal Operations Agency, Ft. Meade, MD
Lecture topic: Expert Witness Training - The Defense Perspective

January 23, 2019
Association/Group: AFMC Military Justice Workshop, Wright-Patterson AFB
Lecture topic: Digital Forensics in Litigation

December 4, 2018
Association/Group: Fairchild Legal Office, Fairchild AFB
Lecture topic: Digital Forensic Trends in Litigation

November 2, 2018
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

October 23, 2018
Association/Group: Janet Hoffman & Associates, Portland Oregon
Lecture topic: Cellular Devices & Mobile Forensics

October 19, 2018
Association/Group: 2018 Labor and Employment Annual Conference, Portland Oregon
Lecture topic: Forensic Examinations of Devices in Employment Cases

September 14, 2018
Association/Group: Oregon Criminal Defense Lawyers Association (OCDLA): Let Freedom Ring: Search and Seizure in the Digital Age, Newport, Oregon
Lecture topic: The Evolving Role of Digital Forensics in Criminal Litigation

August 30, 2018
Association/Group: Eighteenth Air Force, Military Justice Workshop, Scott AFB
Lecture topic: Utilizing Experts and Digital Forensics, Digital Forensic Case Studies

August 3, 2018
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

May 8, 2018
Association/Group: Special Victims' Counsel Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Mobile Phones and Computer Forensics

February 18, 2018
Association/Group: Capital Case Defense Seminar (CCDS), Monterey California
Lecture topic: Litigating Cell Phone and Computer Forensics

February 8, 2018
Association/Group: Inn of Court, Medford Oregon
Lecture topic: Emerging Trends in Digital Forensics and Technology

September 14, 2017
Association/Group: Eighteenth Air Force Military Justice Workshop
Lecture topic: Digital Forensics for Military Litigators

May 10, 2017
Association/Group: Criminal Defense Lawyers Club of San Diego
Lecture topic: General Digital Forensics: The Trail our Digital Lives Leave

May 9, 2017
Association/Group: INSHRM, Spring 2017 Conference
Lecture topic: Social Media and the Cloud: The Trail Our Digital Lives Leave and Why Your Company Should Care

May 1, 2017
Association/Group: Rotary North, Spokane WA
Lecture topic: Digital forensics, devices, and their intersection in our daily lives

November 15, 2016
Association/Group: Executive Women International (EWI)
Lecture topic: Digital Breadcrumbs: If they could talk, what would your electronic devices say about you?

April 6, 2016
Association/Group: Washington State Appellate Court Spring Program
Lecture topic: Digital Evidence: The Good, the Bad, and the Ugly (3 hours)

December 4, 2015
Association/Group: Oregon Society of CPAs
Lecture topic: Fraud in the Workplace

December 1, 2015
Association/Group: Montana School Boards Association: School Law & Technology Symposium
Lecture topic: Social Media, It's Uses, Potential Legal Pitfalls & Growing Impact on Hiring Decisions

September 25, 2015
Association/Group: Oregon Association of Fraud Examiners
Lecture topic: Current Trends in Digital Forensics

March 19, 2015
Association/Group: Rotary Club 21, Spokane WA
Lecture topic: Digital Forensics

December 12, 2014
Association/Group: National Business Institute
Lecture topic: eDiscovery: Handling Social Media, Mobile Devices, E-mail, Video and Misc. ESI. Making Electronic Evidence Usable in the Courtroom

July 15, 2014
Association/Group: Oregon State Bar
Lecture topic: Digital Forensics and Fraud in the Workplace

July 11, 2014
Association/Group: Benton & Franklin Counties Office of Public Defense
Lecture topic: Digital Forensics an Overview

June 27, 2014
Association/Group: Washington State Association for Justice
Lecture topic: e-Discovery in Commercial Litigation

June 27, 2014
Association/Group: Washington State Association for Justice
Lecture topic: e-Discovery in Medical Malpractice

June 26, 2014
Association/Group: Arizona Public Defender Association
Lecture topic: Forensic Considerations in Evidence Obtained from Mobile Devices

June 25, 2014
Association/Group: Arizona Public Defender Association
Lecture topic: Digital Forensics in Child Pornography Matters

May 15, 2013
Association/Group: Office of Special Investigations, Fairchild AFB
Lecture topic: Mobile Forensics and Cellebrite Acquisitions

April 5, 2013
Association/Group: Oregon State Bar
Lecture topic: Digital Forensics and Technology Issues

January 23, 2013
Association/Group: Idaho Supreme Court District Judges Conference
Lecture topic: Discovery and Computer Crime

October 11, 2012
Association/Group: Hart Wagner LLP
Lecture topic: Metadata and Ethics

September 19, 2012
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Digital Forensic Experts

January 13, 2012
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Digital Forensic Experts

October 19, 2011
Association/Group: Eastern District of California CJA Panel Training
Lecture topic: Digital Forensic Issues in Criminal Cases

September 16, 2011
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Digital Forensic Experts

March 4, 2011
Association/Group: Idaho Association of Criminal Defense Lawyers (IACDL)
Lecture topic: Computer Forensics for Criminal Law Specialists

January 7, 2011
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Computer Forensic Experts

November 18, 2010
Association/Group: Washington State School Directors' Association (WSSDA) Annual Conference
Lecture topic: Computer Forensics in Employment Cases

October 13, 2010
Association/Group: Washington Society of CPAs
Topic: Computer Security: Keeping Your Company's Finances Safe in a Digital World

September 15, 2010
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Fully Utilizing Your Computer Forensics Expert

April 17, 2010
Association/Group: Washington Association of Legal Investigators
Lecture topic: Computer Forensics for All – Overview of Computer Forensics for PIs and the Insurance Claims Industry

December 18, 2009
Association/Group: Spokane County Bar Association
Lecture topic: Ethical Issues with Mining, Deleting, and Disclosing Metadata

December 8, 2009
Association/Group: Spokane County Defenders
Lecture topic: Mobile Media & Forensics

December 4, 2008
Association/Group: Spokane Community College - Evidence Class
Lecture topic: Overview of Digital Evidence and Computer Forensics

September 12, 2008
Association/Group: Spokane County Bar Association
Lecture topic: Computer Forensics for Business Litigants

April 4, 2008
Association/Group: Global CompuSearch, LLC
Topic: E-mail Spoofing and Tracing

December 13, 2007
Association/Group: Washington Association Legal Investigators (WALI) Spokane Chapter Lecture topic: Cell Phone Forensics, Email Tracing & Mobile Devices

December 11, 2007
Association/Group: Global CompuSearch, LLC
Topic: Cell Phone Forensics: Overview of Programs, Utilities, and Methods

January 11, 2007
Association/Group: Spokane Chapter of the Association of Certified Fraud Examiners
Lecture topic:  Computer Forensics

November 13, 2006
Association/Group: South Bay Bar Association
Lecture topic: Computer Forensics for Civil Litigants

August 16, 2006
Association/Group: NALS of Washington, Association for Legal Professionals
Lecture topic: General Computer Forensics

April 2006
Association/Group: Air Force Judge Advocate General (JAG) Officers/Legal Personnel Conference
Lecture topic:  General Computer Forensics

March 2006
Association/Group: Idaho Defense Bar Association
Lecture topic: Computer Forensics for Defense Lawyers