# EXHIBIT B

| | |
|---|---|
| **From:** | John Ellis |
| **To:** | Ko, Peter (USACAS); Griffith, Mandy (USACAS) |
| **Cc:** | Knut Johnson; Judy Clarke; Devin Burstein |
| **Subject:** | Re: United States v. Liddy |
| **Date:** | Friday, November 29, 2019 10:50:24 AM |

Peter and Mandy,

Thanks for the email. As I indicated in my letter, we believe that if Mr. Roloff testifies, it will constitute rebuttal testimony. At this time, beyond Mr. Roloff's previously provided curriculum vitae, we do not have any additional written materials to provide to you.

Considering the state of discovery in this case, which includes numerous forensic reports, we propose that the parties agree to pre-mark exhibits. Specifically, if the government agrees to provide pre-marked exhibits by January 6, the defense will provide pre-marked exhibits to the government by January 10. We are only requesting that the parties mark exhibits that will be introduced in case-in-chief. We believe this will allow for a more orderly trial. Along these lines, we also ask that you provide a list of witnesses you anticipate calling in your case-in-chief by January 6.

Finally, we are in receipt of the transcript your office generated from the audio recording of Special Agent Evans interactions with Mr. Liddy and others during the execution of the search warrant on July 25, 2017. We have some disagreements with the statements set forth in this transcript. We propose sending you the disputed portions of the transcript with our proposed modifications. Thereafter, we propose meeting and conferring to resolve any outstanding transcription disputes prior to trial. Please let us know if this arrangement works for you.

Thanks,

John

On Wed, Nov 20, 2019 at 10:29 AM Ko, Peter (USACAS) <Peter.Ko2@usdoj.gov> wrote:

> John – Thanks for this. Did Mr. Roloff write a report that you intend to provide? If not, could you summarize what his testimony would consist of, including his opinions and the

bases and reasons for those opinions?

**From:** John Ellis <john@johnellislaw.com>
**Sent:** Monday, November 11, 2019 1:52 PM
**To:** Griffith, Mandy (USACAS) <MGriffith@usa.doj.gov>; Ko, Peter (USACAS) <PKo@usa.doj.gov>
**Cc:** Knut Johnson <knut@knutjohnson.com>; Judy Clarke <judyclarke@cjtrlaw.com>; Devin Burstein <db@wabulaw.com>
**Subject:** United States v. Liddy

Mandy and Peter,

Please see the attached letter regarding our expert disclosure.

Plese give me a call if you have any questions.

Sincerely,

John

--

**John C. Ellis, Jr.**

Law Offices of John C. Ellis, Jr.

180 Broadway, Suite 1800

San Diego, CA 92101

Main: (619) 501-5522

Direct: (619) 501-0777

Cell: (619) 850-2458

john@johnellislaw.com

> This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

--

**John C. Ellis, Jr.**

Law Offices of John C. Ellis, Jr.

180 Broadway, Suite 1800

San Diego, CA 92101

Main: (619) 501-5522

Direct: (619) 501-0777

Cell: (619) 850-2458

john@johnellislaw.com

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.