MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Raymond Liddy

Case Number: 19cr1685-CAB    WITNESS LIST    Bench Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 2/3/2020 | X | | Daniel Evans, FBI Special Agent |
| 2/3/2020 | X | | Angela Tsuida, San Diego Sheriff's Dept Detective (Retired) |
| 2/3/2020 | X | | Robert T. Gerou, Regional Computer Forensics Laboratory (RCFL) Computer Forensic Examiner |
| 2/4/2020 | | X | Josiah Roloff, Computer Forensic Expert |
| 2/4/2020 | | X | Christopher Findley |
| 2/4/2020 | | X | Nicholas Paul |
| 2/4/2020 | | X | Jamie Ryan |
| 2/5/2020 | | X | Josiah Roloff, Computer Forensic Expert |
| 2/5/2020 | X | | Robert T. Gerou (recalled) |
| 2/5/2020 | X | | Mark Goynea, Forensic Examiner, FBI (Rebuttal) |