MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Raymond Liddy

Case Number: 19cr1685-CAB      EXHIBIT LIST      Bench Trial

☒ Plaintiff   ☐ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 2/3/2020 | 2/3/2020 | Recording of Raymond Liddy Interview |
| 2 | 2/3/2020 | 2/3/2020 | Transcript of Raymond Liddy Interview (Demonstrative) |
| 3 | 2/3/2020 | 2/3/2020 | Search Warrant Photo – Home Office |
| 4 | 2/3/2020 | 2/3/2020 | Search Warrant Photo – Tower |
| 5 | 2/3/2020 | 2/3/2020 | Search Warrant Photo – Desk Drawer |
| 6 | 2/3/2020 | 2/3/2020 | Search Warrant Photo – External Hard Drive |
| 7 | 2/3/2020 | 2/3/2020 | Search Warrant Photo – Office |
| 8 | 2/3/2020 | 2/3/2020 | Search Warrant Photo – Office |
| 9 | 2/3/2020 | 2/3/2020 | Stipulated Image 1 |
| 10 | 2/3/2020 | 2/3/2020 | Stipulated Image 2 |
| 11 | 2/3/2020 | 2/3/2020 | Stipulated Image 3 |
| 12 | 2/3/2020 | 2/3/2020 | Image 3a |
| 13 | 2/3/2020 | 2/3/2020 | Stipulated Image 4 |
| 14 | 2/3/2020 | 2/3/2020 | Image 4a |
| 15 | 2/3/2020 | 2/3/2020 | Stipulated Image 5 |
| 16 | 2/3/2020 | 2/3/2020 | Image 5a |
| 17 | 2/3/2020 | 2/3/2020 | Stipulated Image 6 |
| 18 | 2/3/2020 | 2/3/2020 | Stipulated Image 7 |
| 19 | 2/3/2020 | 2/3/2020 | Stipulated Image 8 |
| 20 | 2/3/2020 | 2/3/2020 | Stipulated Image 9 |
| 21 | 2/3/2020 | 2/3/2020 | Stipulated Image 10 |
| 22 | 2/3/2020 | 2/3/2020 | Filed Stipulation of Facts |
| 23 | 2/3/2020 | 2/3/2020 | Search Warrant Photo |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | USA | VS | Raymond Liddy |
|---|---|---|---|
| Case Number: | 19cr1685-CAB | EXHIBIT LIST | Bench Trial |

☒ Plaintiff   ☐ Defendant   ☐ Court

| 24 | 2/5/2020 |  | Screen Captures from Roloff's Examination of Devices |
|---|---|---|---|
| 25 | 2/5/2020 |  | Notes of Josiah Roloff |
|  |  |  |  |
|  |  |  |  |