MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| USA | VS Raymond Liddy |
| Case Number: 19cr1685-CAB | EXHIBIT LIST — Bench Trial |

☐ Plaintiff    ☒ Defendant    ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|-----|-----------|-------------|-------------|
| A | 2/3/2020 | 2/3/2020 | RCFL Forensic Service Request 1, dated 7/28/2017 |
| B | 2/3/2020 | 2/3/2020 | RCFL Forensic Service Request 2 (MacIntosh) |
| C | 2/3/2020 | 2/3/2020 | RCFL Lab Notes of Gerou, date of Report 11/15/2017 |
| D | 2/3/2020 | 2/3/2020 | RCFL Report of Examination by Gerou, dated 11/22/2017 |
|   |   |   |   |
|   |   |   |   |
| G | 2/3/2020 |   | RCFL Forensic Service Request 3 (fillable Word Document) |
| H | 2/3/2020 |   | Demonstrative – Tableau TD3 User Guide |
|   |   |   |   |
| J | 2/3/2020 |   | Demonstrative Image of Adobe Acrobat Error Message |
| K | 2/3/2020 |   | Demonstrative Image of User Perspective of Cache Data |
|   |   |   |   |
| M | 2/4/2020 | 2/4/2020 | Curriculum Vitae of Josiah Roloff |
| N | 2/4/2020 | 2/4/2020 | Defense Rebuttal Bill of Particulars Image 2 |
| O | 2/4/2020 | 2/4/2020 | Defense Rebuttal Bill of Particulars Image 6 |
| P | 2/4/2020 | 2/4/2020 | Defense Rebuttal Bill of Particulars Image 7 |
| Q | 2/4/2020 | 2/4/2020 | Defense Rebuttal Bill of Particulars Image 8 |
| R | 2/4/2020 | 2/4/2020 | Defense Rebuttal Bill of Particulars Image 9 |
| S | 2/4/2020 | 2/4/2020 | Defense Rebuttal Bill of Particulars Image 10 |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |