# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Raymond Liddy

FILED
MAY 1 6 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**WARRANT FOR ARREST**

#63272298

Case Number: 19-cr-1685-CAB-1

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Raymond Liddy
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

DATE: 5/11/2023
ARRESTED BY: USMS E/TN
pending W.D.R.
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

RECEIVED
U.S. MARSHALS-S/CA
23 MAY -9 PM 3:35

In violation of Title   See Above   United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| s/ D. Martinez | 5/9/2023 San Diego, CA |
|---|---|
| Signature of Deputy | Date and Location |

Bail fixed at $   No Bail   by   The Honorable Cathy Ann Bencivengo
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

