Live Database
U.S. District Court - Eastern District of Tennessee (Knoxville)
CRIMINAL DOCKET FOR CASE #: 3:23-mj-01083-DCP All Defendants

**FILED**
May 22 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ AnthonyHazard   DEPUTY

| | |
|---|---|
| Case title: USA v. Liddy | Date Filed: 05/11/2023 |
| Other court case number: 19-cr-1685-CAB-1 USDC - Southern District of California | |

Assigned to: Magistrate Judge Debra C Poplin

**Defendant (1)**

Raymond Liddy    represented by   Knut Johnson
Law Office of Knut Johnson
655 West Broadway
Suite 900
San Diego, CA 92101
619-602-0277
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by   William A. Roach , Jr.
U S Department of Justice (Knox USAO)
Office of U S Attorney
800 Market Street
Suite 211
Knoxville, TN 37902
865-225-1658
Email: William.Roach@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2023 | | Counsel for defendant contacted regarding pro hac vice motion to include certificate of good standing, and submitting waiver of hearings, but the Court has not received either. (RLK) (Entered: 05/19/2023) |
| 05/11/2023 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Raymond Liddy. Defendant committed to District of USDC - Southern District of California. Signed by Magistrate Judge Debra C Poplin on May 11, 2023. Copy forwarded to USMS on 5/11/2023. (RLK) (Entered: 05/11/2023) |
| 05/11/2023 | 4 | DUE PROCESS PROTECTIONS ACT ORDER as to Raymond Liddy. Signed by Magistrate Judge Debra C Poplin on May 11, 2023. (RLK) (Entered: 05/11/2023) |
| 05/11/2023 | 3 | ORDER Approving Consent to Appear by Video Conference by Raymond Liddy. Signed by Magistrate Judge Debra C Poplin on May 11, 2023. (RLK) (Entered: 05/11/2023) |
| 05/11/2023 | 2 | Minute Entry for proceedings held before Magistrate Judge Debra C Poplin:Initial Appearance in Rule 5(c)(3) Proceedings as to Raymond Liddy held on 5/11/2023. Defendant advised of petition. Defendant waived the right to all hearings in this district. (Court Reporter DCR)Defendant remanded to custody. (RLK) (Entered: 05/11/2023) |
| 05/11/2023 | 1 | Rule 5(c)(3)Documents Received as to Raymond Liddy (RLK) (Entered: 05/11/2023) |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3B

**Case #:** 3:23-mj-1083              **Date:** May 11, 2023

United States of America    **vs.**  Raymond Liddy

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Travis Worthington |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| William Roach, Jr. | Knut Johnson | |
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for a Rule 5 initial appearance on a warrant issued out of the Southern District of California.

- [✓] Defendant sworn.
- [ ] Defendant requested appointment of counsel and submitted financial affidavit.
- [ ] Court approved financial affidavit and appointed counsel
- [✓] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
- [✓] Defendant waived and reserved the right to a Rule 5 hearing in this district.
- [ ] Defendant requested a _____ hearing.
  - [ ] Hearing set.   [ ] Hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released and the defendant is Ordered to appear in originating district on
- [✓] Defendant remanded to the custody and the U.S. Marshal Service is directed to transport the defendant to the originating district for further proceedings.
- [ ] Case under seal as to defendant(s):
  - [ ] Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

**Time:** 1:30    **to** 2:00

(●) I, Rachel Stone    Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_ 323mj1083 _ 20230511 _ 114714

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America | ) |
| | ) Case No: 23-mj-1083 |
| v. | ) |
| | ) |
| RAYMOND LIDDY | ) |
| *Defendant* | |

**CONSENT TO APPEAR BY VIDEO OR AUDIO TELECONFERENCE**

Pursuant to The CARES Act, H.R. 748, the Court's Standing Order 20-08, and Rule 5(f), Rule 10(c), and Rule 43(c)(1)(B) of the Federal Rules of Criminal Procedure, the Defendant hereby acknowledges that Defendant has received and/or been read the indictment, information, or petition, or motion; that said document has been reviewed by Defendant with counsel; that Defendant understands the nature of the offenses charged or the motion made; and that Defendant understands Defendant's right to appear in person for this initial appearance, motion hearing, or arraignment. Acknowledging such, the Defendant hereby knowingly and voluntarily waives Defendant's right to appear in person and hereby consents to appearance by use of video teleconferencing, or by audio teleconferencing if video teleconferencing is not reasonably available, for the following (check all that apply for this particular hearing):

- ☒ Initial appearance[1]
- ☒ Arraignment[2]
- ☒ Detention hearing[3]
- ☒ Pretrial release revocation hearing[4]
- ☐ Misdemeanor plea or sentencing hearing[5]
- ☐ Felony change of plea hearing under Federal Rule of Criminal Procedure 11 upon a finding by the presiding district or magistrate judge that the plea cannot be further delayed without serious harm to the interests of justice
- ☐ Felony sentencing hearing under Federal Rule of Criminal Procedure Rule 32 upon a

---

[1] Fed. R. Crim. P. 5.
[2] Fed. R. Crim. P. 10.
[3] 18 U.S.C. § 3142.
[4] 18 U.S.C. § 3148.
[5] Fed. R. Crim. P. 43(b)(2).

finding by the presiding district judge that the sentencing cannot be further delayed without serious harm to the interests of justice
- ☒ Probation or supervised release revocation hearing[6]
- ☒ Preliminary hearing[7]
- ☐ Waiver of indictment pursuant to Federal Rule of Criminal Procedure 7(b)
- ☒ Appearance under Federal Rule of Procedure 40
- ☐ Proceeding under Chapter 403 of Title 18, United States Code (commonly known as the "Federal Juvenile Delinquency Act"), except for contested transfer hearings and juvenile delinquency adjudication or trial proceedings
- ☐ Other: _____

_____        _____
Defendant[1]                           Defendant's Attorney

Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that defendant gave express permission to apply his/her signature.

I so represent.
Knut Johnson

5/11/2023
_____
Date

**APPROVED BY:**

_____        5/11/23
Judge                                    Date

---

[6] Fed. R. Crim. P. 32.1.
[7] Fed. R. Crim. P. 5.1.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 3:23–mj–01083–DCP

RAYMOND LIDDY

## DUE PROCESS PROTECTIONS ACT ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

ENTER.

s/ Debra C Poplin  
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Raymond Liddy | ) Case No.  3:23-mj-1083 |
|  | ) |
|  | ) Charging District's |
| Defendant | ) Case No.  19-cr-1685-CAB-1 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Southern___ District of ___California___,
*(if applicable)* ___San Diego___ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___05/11/2023___

*Judge's signature* [signed: Debra C. Poplin]

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*