# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND JOSEPH LIDDY,<br><br>Defendant. | Case No. 19CR1685-CAB<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER FOR RELEASE OF INFORMATION BY U.S. PROBATION** |

Upon application, for good cause shown, the parties' joint motion for release of information by U.S. Probation is GRANTED. The Probation Office is authorized to release to the parties:

- Chronos documenting the allegations contained in the petition (or amended petition),
- Call logs or any other documentation evidencing the calls between USPO, and defendant as referenced in the petition,
- Documents and Evidence from Coronado Police Department, including— recordings of calls made to Coronado PD; body-worn camera footage; and any reports documenting the calls and activities of Coronado PD,

- Documentation from Ms. Martin evidencing contact with the defendant in May 2023,
- Any other documentation in support of the allegations in the petition (or amended petition).

IT IS SO ORDERED.

DATED:  6/5/2023                                  _____
                                                  HON. CATHY ANN BENCIVENGO
                                                  United States District Court Judge