ANDREW R. HADEN
Acting United States Attorney
AMANDA L. GRIFFITH
Cal. Bar No.: 243854
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8970
Email: mandy.griffith@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR1685-CAB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF FACTS AND TESTIMONY FOR HEARING ON ORDER TO SHOW CAUSE REGARDING EVIDENCE OBTAINED FROM CORONADO POLICE DEPARTMENT** |
| RAYMOND JOSEPH LIDDY, | |
| Defendant. | |

IT IS HEREBY AGREED, by and between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and Amanda L. Griffith, Assistant United States Attorney, and defendant RAYMOND JOSEPH LIDDY, by and through his counsel Knut S. Johnson and John Ellis, that the following facts are deemed proven and may also be considered by the Court in determining whether the allegations in the Order to Show Cause and Amended Order to Show Cause have been proven true:

1. On April 25, 2023, a call was placed to the Coronado Police Department reporting a conversation between United States Probation Officer (USPO) Kelli Singleton and defendant, Raymond Liddy. This call was placed by Mr. Liddy's wife.

Shortly thereafter, USPO Singleton made contact with the Coronado Police Department. Both calls were recorded.

2. Later that same evening, a Coronado Police Department officer and chaplain responded to Mr. Liddy's residence and made contact with Mr. Liddy and Ms. Liddy. The Coronado Police Department officer had a body-worn camera on his person and documented the encounter at Mr. Liddy's residence. At one point during the interaction, the officer silenced the audio portion of the conversation between Mr. Liddy and the chaplain. However, the body-worn camera video recorded the entire encounter.

3. In addition to the recordings, a Coronado Police Department Incident Report was generated which documented the timeline of events on April 25, 2023.

4. The recordings of the call between Ms. Liddy and the Coronado Police Department and the call between USPO Singleton and the Coronado Police Department are true and accurate. Additionally, the body-worn camera footage is true and accurate. Finally, the incident report is true and accurate. With this stipulation, the parties will submit the recordings and video to the Court ahead of the Order to Show Cause hearing in an effort to expedite the proceedings.

SO STIPULATED AND AGREED.

DATE: 10/3/2023

Amanda L. Griffith
Assistant United States Attorney

DATE: 10/3/23

Knut S. Johnson
John Ellis
Attorneys for Defendant

DATE: 10/3/23

Raymond Liddy
Defendant