# *United States v. Raymond Joseph Liddy*, No. 19-CR-1685-CAB

# Government's Exhibit List

| No. | Offered By | Description | Admissibility Disputed | Legal Grounds for Obj. | Date Off'd | Date Adm. |
|---|---|---|---|---|---|---|
| 1 | Gov. | Photograph documenting the inbound and outbound calls to USPO Singleton on April 25, 2023 | | | | |
| 2 | Gov. | Photograph documenting the inbound and outbound calls to USPO Singleton on April 25, 2023 | | | | |
| 3 | Gov. | Photograph documenting the inbound and outbound calls to USPO Singleton on April 25, 2023 | | | | |
| 4 | Gov. | Photograph documenting the inbound and outbound calls to USPO Singleton on April 25, 2023 | | | | |
| 5 | Gov. | Photograph documenting the inbound and outbound calls to USPO Singleton on April 25, 2023 | | | | |
| 6 | Gov. | Defendant's Safety Plan Proposal dated March 7, 2023 | | | | |
| 7 | Gov. | Chronological Record Report from | | | | |

| No. | Offered By | Description | Admissibility Disputed | Legal Grounds for Obj. | Date Off'd | Date Adm. |
|---|---|---|---|---|---|---|
|  |  | USPO re: Defendant's Email |  |  |  |  |
| 8 | Gov. | Telephone calls made to Coronado Police Department* |  |  |  |  |
| 9 | Gov. | Body-Worn Camera footage from Coronado Police Department |  |  |  |  |
| 10 | Gov. | Coronado Police Department CAD Incident Report* |  |  |  |  |
| 11 | Gov. | Stipulation re: Telephone Calls and Body-Worn Camera footage from Coronado Police Department |  |  |  |  |

*Redactions were made to Exhibits 8 and 10.  USPO Kelli Singleton provided her personal cellular phone in communicating with Coronado Police Department.  To protect her private information, the recording was altered to delete the portion of the call where she provides the cell phone number and the CAD Incident Report reflects the redaction.