# UNITED STATES DISTRICT COURT
Southern District of California
Hon. Cathy Ann Bencivengo

| United States of America<br>PLAINTIFF | GOVERNMENT'S WITNESS LIST |
|---|---|

V.

**RAYMOND JOSEPH LIDDY,**
DEFENDANT

CASE NUMBER: 19CR1685-CAB

| CONTESTED ORDER TO SHOW CAUSE HEARING DATE(S)<br>October 11, 2023 | PLAINTIFF ATTORNEY(S)<br>Amanda Griffith<br>Vanessa Blankenship (Paralegal) | DEFENDANT ATTORNEY(S)<br>Knut Johnson<br>John Ellis |
|---|---|---|

| WITNESSES (CASE-IN-CHIEF AND/OR REBUTTAL) |
|---|
| Kelli Singleton<br>United States Probation Office |
| Justin Walloch<br>United States Probation Office |
| Tracy Huxman<br>United States Probation Office |
|  |
|  |
|  |
|  |
|  |