John C. Ellis, Jr.
California State Bar No. 228083
The Law Offices of John C. Ellis, Jr.
2495 Truxton Road, Suite 206
San Diego, California 92106
Telephone: (619) 501-5522
Email: john@johnellislaw.com

Knut S. Johnson
California State Bar No. 125725
Law Office of Knut S. Johnson
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-7080
Email: knut@knutjohnson.com

Attorneys for Raymond Liddy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| UNITED STATES OF AMERICA, | CASE NO.: 19CR1685-CAB-1 |
|---|---|
| Plaintiff, | **Notice of Defense's Exhibit List** |
| v. | |
| RAYMOND LIDDY, | **Probation Revocation Hearing**<br>Date: October 11, 2023<br>Time: 9:00 AM |
| Defendant. | |

Raymond Liddy, by and through his counsel, John C. Ellis, Jr., and Knut Johnson, hereby provides the Clerk of the Court and AUSA Amanda Griffith with Notice of defense's Exhibit list in advance of the Probation Revocation Hearings on October 11 and 12. *See* DE 191.

**I.   Potential Defense Exhibits:**

**Exhibit A** is the District of California-Southern Post Conviction Chronological Record Report–Probation Decision Support System Chronology authored by Officer Justin Walloch and Kelli Singleton, Officer Tracy Huxman, Officer Tisha Garcia, Officer Jordan Elbert detailing their

correspondence with Mr. Liddy or Knut Johnson among others between December 14, 2022, and May 9, 2023;

**Exhibit B** Photographs of call logs to and from Mr. Liddy and Officers Huxman, Singleton, and Walloch on or around April 25,2023;

**Exhibit C** is a copy of text communications to and from Connie Martine to Mr. Liddy May 6- May 7, 2023, and email correspondence to Officer Justin Walloch on May 16, 2023;

**Exhibit D** is the CAD Incident Report by Coronado Police Department initiated by Mrs. Courtney Liddy on April 25, 2023;

**Exhibit E** mp4 file of a Phone call recording: voice message from Mr. Liddy to Officer Justin Walloch on April 25, 2023;

**Exhibit F** mp4 file of an additional Phone call recording: voice message from Mr. Liddy to Officer Justin Walloch on April 25, 2023;

**Exhibit G** mp4 file of a Phone call recording: voice message from Mr. Liddy to Officer Justin Walloch regarding incident from April 25, 2023;

**Exhibit H** is a native mp4 file of a Phone call recording: voice message from Mr. Liddy to Officer Huxman requesting confirmation about his current probation officer;

**Exhibit I** is a native mp4 file recording of a Phone call recording: voice message from Mr. Liddy to Officer Garcia to obtain confirmation of his current probation officer;

**Exhibit J** Native wav file capturing calls between Mrs. Liddy and Officer Singleton;

**Exhibit K** is a 31-minute mp4 native video footage file of Coronado Police Department Body Worn Camera from visit to Mr. Liddy's home on April 25, 2023;

**Exhibit L** is a Subpoena Return defense received from Verizon;

**Exhibit M** is the Subpoena Return defense received from AT&T;

**Exhibit N** is a Cisco User Guide;

**Exhibit O** is the agenda for a Zoom Meeting for September 15, 2023;

**Exhibit P** is an article where Sheriff Deputies Warn of a Scam targeting residents on sex offender registry;

**Exhibit Q** is an article detailing a Registered Sex Offender who became a Victim of violence due to ability to be targeted from registry;

**Exhibit R** is an Order Granting Leave to Proceed Under Pseudonym;

**Exhibit S** is an article that warns of a Phone Scam;

**Exhibit T** is a copy of an Unopposed Application filed to request Leave to Proceed Using Pseudonym;

**Exhibit U** is an email from Janice Bellucci regarding a warning about a SCAM call going around to registrants who are posing as Sheriff;

**Exhibit V** is a copy of a Granted Temporary Restraining Order for a Central District of California "sex offender" who would otherwise "suffer irreparable harm absent" the Order;

**Exhibit W** is the Resume of attorney Janice M. Bellucci;

**Exhibit X** is the Biography of attorney Janice M. Bellucci; and

**Exhibit Y** an evaluation.

## II. Conclusion

The above represents the defense's anticipated exhibits.

Respectfully submitted,

Dated: October 5, 2023

*s/ John Ellis*
John C. Ellis, Jr.
Law Offices of John C. Ellis, Jr.
Attorneys for Defendant Raymond Liddy

Dated: October 5, 2023

*s/ Knut S. Johnson*
Knut S. Johnson
Law Office of Knut S. Johnson
Attorneys for Defendant Raymond Liddy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28