John C. Ellis, Jr.
California State Bar No. 228083
The Law Offices of John C. Ellis, Jr.
2495 Truxton Road, Suite 206
San Diego, California 92106
Telephone: (619) 501-5522
Email: john@johnellislaw.com

Knut S. Johnson
California State Bar No. 125725
Law Office of Knut S. Johnson
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-7080
Email: knut@knutjohnson.com

Attorneys for Raymond Liddy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| UNITED STATES OF AMERICA, | CASE NO.: 19CR1685-CAB-1 |
|---|---|
| Plaintiff, | **Notice of Defense's Witness List** |
| v. | |
| RAYMOND LIDDY, | **Probation Revocation Hearing** Date: October 11, 2023 Time: 9:00 AM |
| Defendant. | |

Raymond Liddy, by and through his counsel, John C. Ellis, Jr., and Knut Johnson, hereby provides the Clerk of the Court and AUSA Amanda Griffith with Notice of defense's Witness list in advance of the Probation Revocation Hearings on October 11 and 12. *See* DE 191.

**I.     Potential Defense Witnesses:**

Janice Bellucci;

Joshua Michel;

Dr. Cynthia Boyd; and

Chaplain Price.

**II.     Conclusion**

The above represents the defense's anticipated witnesses.

Respectfully submitted,

Dated:  October 5, 2023

*s/ John Ellis*
John C. Ellis, Jr.
Law Offices of John C. Ellis, Jr.
Attorneys for Defendant Raymond Liddy

Dated:  October 5, 2023

*s/ Knut S. Johnson*
Knut S. Johnson
Law Office of Knut S. Johnson
Attorneys for Defendant Raymond Liddy