MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Raymond Liddy

Case Number: 19-cr-1685-CAB      WITNESS LIST    Probation Revocation Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 10/11/2023 | X | | Kelli Singleton, Senior United States Probation Officer |
| 10/11/2023 | X | | Justin Walloch, Senior United States Probation Officer |
| 10/11/2023 | X | | Tracy Huxman, Supervisory Probation Officer |
| 10/11/2023 | | X | Janice Bellucci |
| 10/11/2023 | | X | Dr. Cynthia Boyd (Telephonic) |
| 10/11/2023 | | X | Joshua Michel |