MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA    VS    Raymond Liddy

Case Number: 19-cr-1685-CAB    EXHIBIT LIST    Probation Revocation Evidentiary Hearing

☒ Plaintiff    ☐ Defendant    ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
| --- | --- | --- | --- |
| 1 | 10/11/2023 | 10/11/2023 | Photo Documenting Inbound/Outbound Calls to USPO Singleton on 4/25/2023 |
| 2 | 10/11/2023 | 10/11/2023 | Photo Documenting Inbound/Outbound Calls to USPO Singleton on 4/25/2023 |
| 3 | 10/11/2023 | 10/11/2023 | Photo Documenting Inbound/Outbound Calls to USPO Singleton on 4/25/2023 |
| 4 | 10/11/2023 | 10/11/2023 | Photo Documenting Inbound/Outbound Calls to USPO Singleton on 4/25/2023 |
| 5 | 10/11/2023 | 10/11/2023 | Photo Documenting Inbound/Outbound Calls to USPO Singleton on 4/25/2023 |
| 6 | 10/11/2023 | 10/11/2023 | Defendant's Safety Plan Proposal dated March 7, 2023 |
| 7 | 10/11/2023 | 10/11/2023 | Chronological Record Report from USPO re: Defendant's Email |
| 8 | 10/11/2023 | 10/11/2023 | Telephone Calls Made to Coronado Police Department* |
| 9 | 10/11/2023 | 10/11/2023 | Body-Worn Camera Footage from Coronado Police Department |
| 10 | 10/11/2023 | 10/11/2023 | Coronado Police Department CAD Incident Report* |
| 11 | 10/11/2023 | 10/11/2023 | Stipulation re: Telephone Calls and Body-Worn Camera Footage from Coronado Police Department |
|  |  |  |  |
|  |  |  |  |

\* - Redactions made to protect the private information of the probation officer.