MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | USA | VS | Raymond Liddy |
|---|---|---|---|
| Case Number: | 19-cr-1685-CAB | EXHIBIT LIST | Probation Revocation Evidentiary Hearing |

☐ Plaintiff    ☒ Defendant    ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| A | 10/11/2023 |  | Southern District of California Post Conviction Chronological Record Report – Probation Decision Support System Chronology Authored by Officer Justin Walloch and Officer Kelli Singleton, Officer Tracy Huxman, Officer Tisha Garcia, Officer Jorgan Elbert Detailing Correspondence with Raymond Liddy or Knut Johnson among others between 12/14/2022 – 5/9/2023 |
| B | 10/11/2023 |  | Photographs of Call Logs to and from Raymond Liddy and Officers Huxman, Singleton and Walloch on or around 4/25/2023 |
|  |  |  |  |
|  |  |  |  |
| F | 10/11/2023 | 10/11/2023 | MP4 File of an Additional Phone Call Recording of Voice Message from Raymond Liddy to Officer Justin Walloch on 4/25/2023 |
| G | 10/11/2023 | 10/11/2023 | MP4 File of a Phone Call Recording of Voice Message from Raymond Liddy to Officer Justin Walloch Regarding Incident from 4/25/2023 |
|  |  |  |  |
|  |  |  |  |
| M | 10/11/2023 | 10/11/2023 | Subpoenaed Documents from AT&T (admitted only pages/lines mentioned during evidentiary hearing) |
|  |  |  |  |