Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
550 West C Street, Suite 790
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LIDDY,<br><br>Defendant. | Case No.:  19-cr-1685-CAB<br><br>Defendant's Letter to the Court<br><br>November 17, 2023, 10:00 a.m. |

Counsel for Mr. Liddy asks this Court to consider the attached letter to the Court from Mr. Liddy.

Dated: November 10, 2023

Respectfully submitted,

*/s/ Knut Johnson*

Knut S. Johnson
Attorney for Mr. Liddy