Statement of Raymond Liddy

Dear Judge Bencivengo:

You gave me a break. When you sentenced me to probation, I did not know how fortunate I was. Instead, I was frustrated at my situation, and I acted out. The past six months in jail have been humbling to say the least. I now appreciate the faith you put in me, and I regret that I tested your faith.

But first, I want to apologize to Probation Officer Singleton, US Probation, and this Court. I am so sorry. I realize Officer Singelton is a public servant, with a difficult job, and I deeply regret that I caused her anguish and stress. I want her to know that I am sorry for everything that occurred between us. I hope she finds peace and understands that I would never hurt her.

I would also like to thank Coronado Police Chaplain Price – another public servant – who this Court saw comforting me in the body camera video. He was compassionate about the incident and helped me process the death of my father. He was the first person to talk to me about the impact my father's death had on me and not about my father's status of a sometimes-infamous figure. His kindness was a blessing.

I would also like to say to Officer Singleton, this Court, and US Probation that – as my mother taught me when I was a child – racism erodes the fabric of our society and there is never a place for any racial epitaph.

The last six years since my arrest have been difficult. I have worked to restore myself to the dependable husband, sibling, uncle, and friend I had always been. I owe much to the support of my wife, my family, my friends, and the local VA for teaching and guiding me to become a better man every day.

I agree that I have not used alcohol correctly in the past. But these past six months in custody have been good for me in several ways including that I have consumed no alcohol. I have been focused and less anxious, although jail is a stressful place to be.

Much of my anxiety and other symptoms have been, in part, because of the loss of many things since this case began – my career, my status as a lawyer and a Marine (I can no longer enter military bases). But also my public registration humiliated me and caused me anxiety. And most of all I felt as though I could no longer help others because of this case. But while in jail I have seen that I can still help others, despite my status.

The PTSD symptoms have made the time in custody harder, but jail has provided me a renewed appreciation for freedom and the responsibilities that come with it. Even more, I have done all I can to help other inmates, when they wanted help. I feel like I have something to offer others, and this realization has been uplifting and encouraging because my desire to help others drove me to be a Marine and a lawyer in the first place.

My experience while incarcerated shows me that I can find a way to help others when I am out of jail, even as a felon and registered publicly.

I also look forward very much to helping my wife and her elderly parents when I am released. My separation from my wife while I have been in jail has been very painful and I miss her and them very much. And I strongly feel that I need to get back to the PTSD treatment I had with the VA.

Finally, I want to address the contested hearing. I can certainly understand if the Court thinks that if I were truly sorry, I would have just admitted the violations. I want to be clear that, with the advice of counsel, I denied the allegations because I truly did not believe I was speaking to a probation officer. I thought I was dealing with a scammer.

I am not trying to excuse my conduct or the language used – for that there is no excuse – but I need to tell the Court the truth. Had I known I was dealing with a probation officer, I would not have said those things. Rather, I would have been respectful as I have always been with probation. Again, I hope the Court understands that I am not trying to minimize my failings while on probation. I know I fell short repeatedly.

For that, I want to apologize to Your Honor for failing to live up to the expectations and trust you placed in me. I am sorry. And if given the opportunity, I hope to show the Court the lessons I have learned.

Dated: Nov 9, 2023

Ray Liddy