Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
550 West C Street, Suite 790
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-cr-1685-CAB |
| Plaintiff, | Defendant's Sentencing Memorandum |
| v. | November 17, 2023, 10:00 a.m. |
| RAYMOND LIDDY, | |
| Defendant. | |

Mr. Liddy asks this Court to consider the attached letters.

Dated: November 14, 2023

Respectfully submitted,

*/s/ Knut Johnson*

Knut S. Johnson
Attorney for Mr. Liddy