Your Honor,

      My name is Matt Ryan, and I am Ray Liddy's nephew. For as long as I can remember, I have looked up to Ray.  As my uncle, he has been one of the most influential role models in my life, and I feel lucky that he has had such a profound impact on shaping my understanding of what it means to be a man. From teaching me dining room manners to practicing correct form in the weight room, Ray has been an invaluable mentor.

      Ray has always been a man who exhibited confidence, which is clear to those who know him, and easily recognizable by those who meet him.  However, throughout this very public ordeal, I have seen Ray become more reserved, afraid of what effect his more recent reputation may have on others. I still believe that in his heart, Ray knows his true self-worth, but the years of labels and restrictions have begun to take their toll.

      During the pandemic, I lived with Courtney and Ray for the better part of a year.  During this time, I never felt threatened or unsafe in his presence, nor did I see him display any measure of these attitudes towards others.  It was no surprise the neighbors always treated him with the respect and dignity he deserves.  While the content of his character does not excuse the mistakes Ray has made during this dark period of his life, those who know him do not allow them to define him.

      As a 26-year-old man who has had the privilege of spending his developmental years with Ray, it pains me to consider that depending on his sentence, he may not be there for important life events such as my wedding day or even the birth of my children.  I wholeheartedly trust Ray and believe his community and the world around him is a better place with him in it.

Respectfully,

_MR_ (signature)

_____

Matthew Thomas Ryan

Dated: 11 / 14 / 2023  _____