Your Honor,

    My name is Nancy McDonald and I would like to take this opportunity to share my thoughts about Ray Liddy who is my son-in-law. I am 84 years old, and I have known Ray for 30 years.

**Raymond's Character**

    During the years I have interacted with Ray, I have known him to be unpretentious, (humble), kind, generous, courteous, respectful, caring, sincere, honest, thoughtful, knowledgeable, gracious, sophisticated, composed, delightful, and helpful. Neither my husband nor I have ever heard Ray utter a racial slur or use foul/unacceptable language. During his service in Iraq, he demonstrated deep concern for his men, and their families and went above and beyond what one would expect. Whenever he had the opportunity, he would send a message home asking that the families of his fellow servicemen be notified that they were alright.

    When we moved Ray was there for us every day to help. He stocked the refrigerator with everything we might need, provided lunch and refreshments for the movers, made arrangements for our internet, Wi-Fi, telephone, and television connections. He ensured everything was working properly after installation.

**Raymond Facing Personal Challenges**

    Ray was born with dyslexia, and as a child taught himself to read by reading very difficult literature, including novels while looking up every word he did not understand in the dictionary. He was already displaying tenacity and a willingness to work hard to accomplish his goals.

    I am aware that Ray suffers from PTSD. I have read and heard so many opinions and descriptions about PTSD that it becomes confusing. But the way Ray explains it to me, he says "Sometimes my brain just quits." However, until you witness its effects and the transformation happen right in front of you, you cannot imagine how deadly silent, chilling, haunting, and unforgettable it is. In my experience, there is no yelling, anger, or threats. The individual becomes totally helpless. The only way we know to help someone experiencing this horrible extreme anxiety disorder is to physically embrace them very carefully and quietly. I have never had anything affect me the way this experience has.

    Ray had finally found a Dr. at the VA that he trusted and who understood the horrors of combat related PTSD. He was finally beginning to open up and let the healing begin. Ray has so much to offer his family and his community. I am grateful for his influence in my life.

 

11 / 09 / 2023  
Dated:_____

Respectfully,

*Nancy McDonald* (signature)  
_____  
Nancy McDonald

 Audit trail

| | |
|---|---|
| **Title** | Nancy Letter to Court 11.09.2023 |
| **File name** | Nancy Letter to Court 11.09.2023.pdf |
| **Document ID** | c1348165725e794fc389aa752095a380104e699e |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**SENT** | **11 / 10 / 2023** 00:53:17 UTC | Sent for signature to Nancy McDonald (nancyhmcdonald@me.com) from tiffany@johnellislaw.com
IP: 162.125.47.24

**VIEWED** | **11 / 10 / 2023** 01:25:18 UTC | Viewed by Nancy McDonald (nancyhmcdonald@me.com)
IP: 76.93.163.19

**SIGNED** | **11 / 10 / 2023** 01:44:25 UTC | Signed by Nancy McDonald (nancyhmcdonald@me.com)
IP: 76.93.163.19

**COMPLETED** | **11 / 10 / 2023** 01:44:25 UTC | The document has been completed.

Powered by Dropbox Sign