Attorney Name and Address:

Devin Burstein
501 W. Broadway, Ste. 240
San Diego, Ca. 92101

PHONE: 619-234-4433

**✗** RETAINED _____ APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Cathy Ann Bencivengo        COURT REPORTER Chari Bowery

UNITED STATES OF AMERICA            )
                                    )   CASE NO. 19-cr-1685-CAB
                                    )
              vs.                   )   NOTICE OF APPEAL    (Criminal)
                                    )
         Raymond Liddy              )
                                    )

Notice is hereby given that _____Raymond Liddy_____, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:    (check one)
(✔) Final Judgment
(  ) Sentence Only (sentence imposed) _____
(  ) Order (describe) Final judgment revoking probation and imposing a custodial sentence
entered in this proceeding on the   20th   day of   November  ,   2023
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4)  _____ Yes  _____ No

Date: 11/20/23

Signature

Transcripts required*   ✗  Yes   ____  No

Date (✔) Indictment    (  ) Information Filed: _____May 9, 2019_____
Bail status Probationary sentence
Will there be a request to expedite the appeal?        ____ Yes    X  ____ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.

K:\COMMON\CSA\forms\2005\appeal_crim.wpd Nov 16, 2009