John C. Ellis, Jr.
California State Bar No. 228083
The Law Offices of John C. Ellis, Jr.
2495 Truxton Road, Suite 206
San Diego, California 92106
Telephone: (619) 501-5522
Email: john@johnellislaw.com

Attorneys for Raymond Liddy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| UNITED STATES OF AMERICA, | CASE NO.:   19CR1685-CAB-1 |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL FOR RAYMOND LIDDY** |
| v. | |
| RAYMOND LIDDY, | |
| Defendant. | |

The undersigned counsel, John C. Ellis, Jr., respectfully moves the Court to enter an Order authorizing his withdrawal as counsel for Raymond Liddy in this matter. In support of this Motion, the Court is advised as follows:

1. On November 11, 2019, the undersigned first made an appearance as retained counsel for Raymond Liddy. DE 34.

2. Since September 9, 2020, Mr. Liddy's case is considered closed in the Southern District of California. Subsequently, on May 30, 2024, there was a Revocation of Probation hearing. DE 173. An Amended Judgment was rendered on November 20, 2023, and a subsequent Order filed November 30, 2023. *See* DEs 221 and 226. No other case is pending in District Court.

3. Upon notifying the government of his intention to withdraw, Assistant Unites States Attorney Amanda Griffith indicated she takes no position on the

motion to withdraw.

4. There is no prejudice in granting this Motion because Mr. Liddy is adequately represented by other retained counsel, Knut S. Johnson and Devin J. Burstein, who do not oppose the motion.

5. A proposed Order has been submitted separately to the Court.

Respectfully submitted,

Dated: March 7, 2024

*s/ John C. Ellis, Jr.*
John C. Ellis, Jr.
The Law Office of John C. Ellis, Jr.
Attorneys for Raymond Liddy